**Doris E. PHILLIPS, Claimant–
Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 02–7042.

United States Court of Appeals,
Federal Circuit.

Oct. 27, 2004.

ORDER

Pursuant to the Court's letter dated
September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Roy HURSH, Petitioner,**

v.

**GENERAL SERVICES
ADMINISTRATION,
Respondent.**

No. 04–3454.

United States Court of Appeals,
Federal Circuit.

Oct. 29, 2004.

ORDER

Petitioner having paid the required fil-
ing fee and having filed the required State-
ment Concerning Discrimination, it is,

ORDERED that the order of dismissal
and the mandate be, and the same hereby
are, VACATED and RECALLED, and the
petition for review is REINSTATED.

**In re Leonard L. MAZUR.**

No. 04–1529, 09/915,467.

United States Court of Appeals,
Federal Circuit.

Oct. 29, 2004.

ORDER

The appellant having failed to file the
brief required by Federal Circuit Rule
31(a) within the time permitted by the
rules, it is

ORDERED that the notice of appeal be,
and the same hereby is, DISMISSED, for
failure to prosecute in accordance with the
rules.